JOSEPH W. WALSH, ADMINISTRATOR OF WILLIAM RECTOR, DECEASED,
*v.* THE UNITED STATES.

THIS case came up, by writ of error, from the Circuit Court of the United States, for the district of Missouri.

On the motion of the attorney-general, of counsel for the defendant in error in this cause, the plaintiff in error having been three times solemnly called by the marshal to come into court and prosecute this writ of error and failing to do so: It is thereupon now here considered, ordered, and adjudged, by this court, that this writ of error to the Circuit Court of the United States, for the district of Missouri, be and the same is hereby dismissed.